ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 17 AM 11: 25

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL McCULLARS and
LISA K. LATHAM,

    Plaintiffs,

vs.

Capt. KENNETH JONES, Charlton
County Sheriff's Department,

    Defendant.

CIVIL ACTION NO.: CV507-061

## ORDER

Michael McCullars and Lisa K. Latham have jointly filed a complaint in the captioned action. While they have common claims, those claims should be pursued by each plaintiff in separate actions. As Lisa L. Latham has neither paid a filing fee in this case nor asked permission to proceed *in forma pauperis,* her claims are **DISMISSED,** without prejudice. She may pursue those claims by filing a separate lawsuit and either paying the filing fee or requesting that she be allowed to proceed *in forma pauperis.*

SO ORDERED, this 17th day of AUGUST, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)