

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 17 AM 11: 25

CLERK_____
SO. DIST. OF GA.

MICHAEL McCULLARS and
LISA K. LATHAM,

    Plaintiffs,

vs.

Capt. KENNETH JONES, Charlton
County Sheriff's Department,

    Defendant.

CIVIL ACTION NO.: CV507-061

## ORDER

Michael McCullars and Lisa K. Latham have jointly filed a complaint in the captioned action. While they have common claims, those claims should be pursued by each plaintiff in separate actions. As Lisa L. Latham has neither paid a filing fee in this case nor asked permission to proceed *in forma pauperis*, her claims are **DISMISSED**, without prejudice. She may pursue those claims by filing a separate lawsuit and either paying the filing fee or requesting that she be allowed to proceed *in forma pauperis*.

SO ORDERED, this 17th day of August, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)